**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mario BRANNON, Petitioner**

**No. 312 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**Mary Jane SCHNEIDER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, Respondent**

**No. 309 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Petition for Leave to Append the Text of the Statute are DENIED.